# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1105
Lower Tribunal No. 20-9717

————————

**Alexei Rasin,**
Appellant,

vs.

**Elena Vertlib, et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Alexei Rasin, in proper person.

Florida Justice Law Group, PLLC, and Anna Lenchus, for appellees.

Before EMAS, LOGUE, and MILLER, JJ.

PER CURIAM.

Affirmed. See Rappa v. Island Club W. Dev., Inc., 890 So. 2d 477, 479 (Fla. 5th DCA 2004); Nat'l Safety Assocs., Inc. v. Allstate Ins. Co., 799 So. 2d 316, 317 (Fla. 2d DCA 2001); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); Fla. R. Gen. Prac. & Jud. Admin. 2.330(g).